No. A–415 (84–851). MOBIL OIL CORP. ET AL. v. DOW JONES & CO., INC., ET AL. C. A. 9th Cir. Application for stay or temporary injunctive relief, addressed to THE CHIEF JUSTICE and referred to the Court, denied. JUSTICE MARSHALL, JUSTICE

POWELL, and JUSTICE O'CONNOR took no part in the consideration or decision of this application.